# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CAMERON MATHEW ROSE,

    Plaintiff

v.

CITY OF RENO, et. al.,

    Defendants

Case No.: 3:19-cv-00386-MMD-WGC

**Order**

Re: ECF Nos. 1, , 1-1

Plaintiff filed an application to proceed in forma pauperis and pro se complaint. (ECF Nos. 1, 1-1.) Plaintiff subsequently paid the filing fee ($350 filing fee and $50 administrative fee). Therefore, Plaintiff's application to proceed in forma pauperis (ECF No. 1) is **DENIED AS MOOT**.

The Clerk shall **FILE** the complaint (ECF No. 1-1). Plaintiff has **90 days** from the date of his Order to serve each defendant with the summons and complaint or, absent a showing of good cause, the action will be dismissed without prejudice as to those defendants who are not timely served.

**IT IS SO ORDERED**.

Dated: March 20, 2020.

*William G. Cobb*
William G. Cobb
United States Magistrate Judge