# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON MATHEW ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RENO, *et al.*,<br><br>    Defendants. | Case No.: 3:19-cv-00386-MMD -WGC<br><br>**ORDER**<br><br>Re:  ECF No. 11 |

Before the court is Plaintiff's Motion for Extension of Time and Other Concerns" (ECF No. 11). Plaintiff states he "would like to reapply to be able to proceed further by in forma pauperis (IFP)." (*Id.*)  It further appears Plaintiff may be requesting a refund of his filing fee.

**IT IS HEREBY ORDERED** that Plaintiff shall file a motion to proceed in forma pauperis within **thirty (30) days** of the date of this order. The court will rule on Plaintiff's IFP application once filed and will address a refund, if any, of Plaintiff's filing fee.

DATED: June 19, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE