**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CAMERON MATHEW ROSE, | ) | 3:19-cv-00386-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 24, 2020 |
| CITY OF RENO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KAREN WALKER </u>    REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Time Extension" (ECF No. 14). Plaintiff requests an extension of time to and including October 5, 2020, in which to file an Amended Complaint.

Plaintiff's "Request for Time Extension" (ECF No. 14) is **GRANTED**. Plaintiff shall have to and including **October 5, 2020**, in which to file an Amended Complaint. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  <u>      /s/                             </u>
         Deputy Clerk