UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAMERON MATHEW ROSE, | Case No. 3:19-cv-00386-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| CITY OF RENO, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Cameron Mathew Rose filed suit under 42 U.S.C. § 1983. (ECF No. 1-1.) The pending Report and Recommendation (ECF No. 21 ("R&R")) in this action was returned as undeliverable (ECF No. 23) but Rose has not filed a change of address notice in compliance with LR IA 3-1. LR IA 3-1 provides:

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

It is therefore ordered that Rose must file a written change of address notification by October 07, 2021.

It is further ordered that, if Rose does not timely file a written change of address notification, the Court will dismiss this case in its entirety, without prejudice.

DATED THIS 22nd Day of September 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE